# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Wayne E Miller            BK NO. 22-02192 HWV

           Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 and index same on the master mailing list.

                                             Respectfully submitted,

                                             /s/ *Michael Farrington*
                                             Michael Farrington
                                             21 Nov 2022, 09:26:59, EST

                                             KML Law Group, P.C.
                                             BNY Mellon Independence Center
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106
                                             215-627-1322

Document ID: 0124f8ff8dec942a597973c8b949d7888d5284f4a22b06c846bc508ad3a7bf7f