# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Wayne E. Miller, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:22–bk–02192–HWV |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on November 11, 2022. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: January 25, 2023

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Wayne E. Miller<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:22-BK-02192-HWV<br><br>**Matter:** Order Confirming Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, January 26, 2023, I served a true and correct copy of the **Order Confirming Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

| Label Matrix for local noticing | U.S. Bankruptcy Court | Commercial Acceptance Company |
| --- | --- | --- |
| 0314-1 | Ronald Reagan Federal Building | 2300 Gettysburg Road, Suite 102 |
| Case 1:22-bk-02192-HWV | 228 Walnut St., Rm 320 | Camp Hill, PA 17011-7303 |
| Middle District of Pennsylvania | Harrisburg, PA 17101-1737 | |
| Harrisburg | | |
| Thu Jan 26 15:48:12 EST 2023 | | |
| Federal Home Loan Mortgage Corporation, at. | KML Law Group, PC | Select Portfolio Servicing |
| c/o Select Portfolio Servicing, Inc. | BNY Mellon Independence Center | PO Box 65250 |
| P.O. Box 65250 | 701 Market Street, Suite 5000 | Salt Lake City, UT 84165-0250 |
| Salt Lake City UT 84165-0250 | Philadelphia, PA 19106-1541 | |
| United States Trustee | (p)JACK N ZAHAROPOULOS | Paul Donald Murphy-Ahles |
| 228 Walnut Street, Suite 1190 | ATTN CHAPTER 13 TRUSTEE | Dethlefs Pykosh & Murphy |
| Harrisburg, PA 17101-1722 | 8125 ADAMS DRIVE SUITE A | 2132 Market Street |
| | HUMMELSTOWN PA 17036-8625 | Camp Hill, PA 17011-4706 |
| Wayne E. Miller | | |
| 1113 Baltimore Road | | |
| Shippensburg, PA 17257-9476 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
| --- | --- |
| (u)Federal Home Loan Mortgage Corporation, as | End of Label Matrix |
| | Mailable recipients     9 |
| | Bypassed recipients     1 |
| | Total                  10 |