Certificate Number: 12433-PAM-DE-040603626

Bankruptcy Case Number: 22-02192



12433-PAM-DE-040603626

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>February 10, 2026</u>, at <u>10:20</u> o'clock <u>AM EST</u>, <u>Wayne E. Miller</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>February 10, 2026</u>     By: <u>/s/Loren Bailey Roberts</u>

Name: <u>Loren Bailey Roberts</u>

Title: <u>Teacher</u>